FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 16, 2015

SEAN F. McAVOY, CLERK

PS 8
(3/15)

# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

U.S.A. vs.     Schronce Jr., Edward Lester     Docket No.     0980 2:15CR00074-JLQ-1

### Petition for Action on Conditions of Pretrial Release

COMES NOW Chris Heinen, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Edward Lester Schronce Jr., who was placed under pretrial release supervision by the Honorable Senior U.S. District Judge Justin L. Quackenbush sitting in the court at Spokane, Washington, on the 7th day of August 2015 under the following conditions:

**Condition #1**: You shall not actually or constructively possess any firearms or ammunition.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Violation #1:** On October 14, 2015, during an unscheduled home visit at Mr. Schronce's residence, Mr. Schronce provided the undersigned officer with 32 rounds of .45 caliber ammunition that he stated was missed during the U.S. probation and Alcohol Tobacco and Firearms (ATF) search previously conducted at his residence which resulted in the instant offense.

PRAYING THAT THE COURT WILL ORDER NO ACTION AT THIS TIME

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on:     October 16, 2015

by     s/ Chris Heinen

Chris Heinen
U.S. Pretrial Services Officer

THE COURT ORDERS

[X]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  Defendant to appear before the Judge assigned to the case.
[ ]  Defendant to appear before the Magistrate Judge.
[ ]  Other

Signature of Judicial Officer

10/16/15

Date