# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

U.S.A. vs.     Schronce Jr., Edward Lester          Docket No.     0980 2:15CR00074-JLQ-1

### Petition for Action on Conditions of Pretrial Release

COMES NOW Chris Heinen, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Edward Lester Schronce Jr., who was placed under pretrial release supervision by the Honorable Senior U.S. District Judge Justin L. Quackenbush sitting in the court at Spokane, Washington, on the 7th day of August 2015, under the following conditions:

**Condition #5:** You shall not violate any other conditions of supervised release imposed pursuant to 2:13CR00060-JLQ during the 2-year deferred prosecution agreement.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Violation #1:** On December 29, 2015, the undersigned officer was able to speak with staff at the Spokane Veterans Hospital, where Mr. Schronce had alleged that he was enrolled in mental health treatment. According to staff, it was recommended to Mr. Schronce, during a medication management meeting that occurred at the Spokane Veterans Hospital on November 25, 2015, that he participate in mental health counseling; however, Mr. Schronce refused to engage in the recommended services.

On September 2, 2015, Mr. Schronce submitted to a mental health evaluation conducted by Mr. Robert Shepard. The recommendation was that Mr. Schronce engage in mental health counseling at a rate of two times per month. On January 4, 2016, the undersigned officer received information from Mr. Robert Shepard that Mr. Schronce had missed his scheduled mental health appointment with the provider previously scheduled for December 29, 2015, and did not call to make proper notification of the need to miss the appointment.

PRAYING THAT THE COURT WILL ORDER A SUMMONS

|  |  |  |
|---|---|---|
|  |  | I declare under the penalty of perjury that the foregoing is true and correct. |
|  |  | Executed on:     January 5, 2016 |
|  | by | s/ Chris Heinen |
|  |  | Chris Heinen<br>U.S. Pretrial Services Officer |

PS-8

Re: Schronce Jr., Edward Lester
January 5, 2016
Page 2

THE COURT ORDERS

[X] No Action *by the court per 1/5/16 Means*
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[ ] Defendant to appear before the Magistrate Judge.
[ ] Other

_____
Signature of Judicial Officer

1/6/16
_____
Date