PS 8
(3/15)
Case 2:15-cr-00074-JLQ   Document 37   Filed 06/21/16

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 21, 2016

SEAN F. McAVOY, CLERK

# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

U.S.A. vs.        Schronce Jr., Edward Lester           Docket No.      0980 2:15CR00074-JLQ-1

### Petition for Action on Conditions of Pretrial Release

COMES NOW Chris Heinen, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant Edward Lester Schronce Jr., who was placed under pretrial release supervision by the Honorable Senior U.S. District Judge Justin L. Quackenbush sitting in the Court at Spokane, Washington, on the 7th day of August 2015 under the following conditions:

**Condition #1**: You shall not actually or constructively possess any firearms or ammunition.

**Condition #5**: You shall not violate any other conditions of supervised release imposed pursuant to 2:13CR00060-JLQ-1 during the 2-year deferred prosecution agreement.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Violation #1**: On June 19, 2016, the undersigned officer received credible information that Mr. Schronce was in possession of a firearm. On June 20, 2016, a search team was assembled and a plan was developed for contacting Mr. Schronce at his residence. The undersigned officer placed a call to Mr. Schronce requesting that he meet the undersigned officer at his vehicle for the purpose of inspecting his garage. Mr. Schronce agreed to meet the undersigned officer at his vehicle parked near his residence at 1220 hours. While en route to the residence, the undersigned officer was made aware by agents with the Bureau of Alcohol, Tobacco, and Firearms, and deputies with the U.S. Marshals Service, that were conducting surveillance at the address following the phone call, that Mr. Schronce had exited his residence and was moving toward his vehicle and garage at which time he was detained by officers.

When questioned, Mr. Schronce denied having any items that would place him in violation of his conditions as ordered by the Court. Mr. Schronce was informed of the intent to search his residence and again questioned relative to having possession of any items that would be considered contraband, and he again denied having any such items. A K9 search of the residence pinpointed several items of concern; primarily, Mr. Schronce's night stand. A further inspection revealed a black Beretta model 950 BS .22 located in the top drawer of the night stand. The weapon was loaded with a round in the chamber. Also, located in the residence was 10 boxes of .223 ammunition and a loose bag of rounds; appearing to be both .223 and .45.

Following the search, evidence was turned over to the Bureau of Alcohol, Tobacco, and Firearms. Criminal charges are pending in this matter.

**Violation #2**: On June 20, 2016, following a search by U.S. Probation, and federal law enforcement officers, Mr. Schronce was found to be in possession of a black Beretta .22 pistol. This possession constitutes a violation of Mr. Schronce's conditions imposed under cause 2:13CR00060-JLQ. Specifically, the possession is a violation of mandatory condition #2 which states: the defendant shall not commit another Federal, state or local crime.

## PRAYING THAT THE COURT WILL ISSUE A WARRANT

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on: June 21, 2016

by   s/ Chris Heinen

Chris Heinen
U.S. Pretrial Services Officer

## THE COURT ORDERS

- [ ] No Action
- [x] The Issuance of a Warrant
- [ ] The Issuance of a Summons
- [ ] Defendant to appear before the Judge assigned to the case.
- [x] Defendant to appear before the Magistrate Judge.
- [ ] Other

Signature of Judicial Officer

Date: 6/21/2016